IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAVIER MAGALLANES,

    Petitioner,                                  No. 2:12-cv-2371 DAD P

    vs.

UNKNOWN,

    Respondent.                              ORDER

_____/

        Petitioner, a state prisoner at High Desert State Prison, filed a document with the court on September 17, 2012 seeking an extension of time to file a petition for writ of habeas corpus.[1]  Because no other pleadings were filed by petitioner, on September 24, 2012, the court granted petitioner thirty days to file a habeas petition that complied with the requirements of the Rules Governing Section 2254 Cases.  Petitioner was also ordered to submit within thirty days an in forma pauperis affidavit or to pay the appropriate filing fee, or the action would be dismissed.  The thirty-day period has now expired, and petitioner has not responded to the court's order by filing a petition for writ of habeas corpus.  Moreover, petitioner has not filed an in forma pauperis affidavit nor has he paid the appropriate filing fee.

---

[1] Petitioner has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (See Dkt. No. 4.)

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.
3  DATED: November 15, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:dpw
maga2371.fpf.hab

2