UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER MAGALLANES, | No.  2:12-cv-2371 DAD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, commenced this action on September 17, 2012, by filing a motion for an extension of time to file a petition for writ of habeas corpus.  On September 24, 2012, the court granted petitioner thirty days to file a habeas petition and an in forma pauperis affidavit.  However, petitioner failed to comply with the court's order or otherwise respond to it.  Accordingly, on November 16, 2012, the court dismissed this action without prejudice.

On July 18, 2013, petitioner filed a petition for writ of habeas corpus, a motion to proceed in forma pauperis, and motion for appointment of counsel.  Petitioner is advised that this action is closed.  However, in the interest of justice, the court will direct the Clerk of the Court to file petitioner's documents in a new habeas corpus action with a randomly-assigned case number. The court will also direct the Clerk of the Court to generate new case documents to send to

/////

1 | petitioner. Petitioner is advised that the court will disregard any further documents he files
2 | bearing the case number of this closed action. Rather, any documents filed must reflect the new
3 | case number.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1. The Clerk of the Court is directed to file petitioner's petition for writ of habeas corpus,
6 | motion to proceed in forma pauperis, and motion for appointment of counsel (Doc. Nos. 7-10) in
7 | a new habeas corpus action with a randomly-assigned case number. The Clerk of the Court is
8 | further directed to generate new case documents to send to petitioner; and
9 |     2. The Clerk of the Court shall terminate any pending motions in this case.
10 | Dated: August 6, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13 | DAD:9
maga2371.158